# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MADDI TORMEY, <br><br> Defendant. | 18-PO-5034-JTJ <br><br> VIOLATIONS: <br> FATH001W <br> FATH001X <br><br> Location Code: M7 <br><br> ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN FATH001W and VN FATH001X are DISMISSED.

DATED this 9th day of October 2018.

_____
John Johnston
United States Magistrate Judge